**Fill in this information to identify the case:**

Debtor name     **Glenoit, LLC**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     **21-11137**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................................    $      **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................................    $      **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **0.00**

4.  **Total liabilities** .................................................................................................................................
    Lines 2 + 3a + 3b    $      **0.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Glenoit, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-11137**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BBVA** | **Oprating Account** | **1456** | **$0.00** |
| 3.2. | **BBVA** | **UMR Self Insurance Claims, Transferred from Operating Account** | **6398** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Glenoit, LLC** | Case number *(If known)* **21-11137** |
|---|---|---|
| | Name | |

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> **See Attached List of Patents** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |

---

Debtor    **Glenoit, LLC**_____    Case number *(If known)* **21-11137**_____
          Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor     **Glenoit, LLC**
_____
Name

Case number *(If known)* **21-11137**
_____

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92          $0.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name **Glenoit, LLC** | |
| United States Bankruptcy Court for the:   DISTRICT OF DELAWARE | |
| Case number (if known)   **21-11137** | ☐ Check if this is an amended filing |

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                 **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

---

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1 of 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Glenoit, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-11137**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| --- | --- | --- | --- |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** ____ | ☐ Disputed | |
| | **Last 4 digits of account number** ____ | **Basis for the claim:** _____ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
| --- | --- | --- |
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. **+** | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                     46305                     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Glenoit, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-11137**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement No. 6817; Equipment Shedule 6817-02-001; No. 6817-03-001; and No. 6817-04-001** | |
| | State the term remaining | | **CCA Financial, LLC** |
| | List the contract number of any government contract | | **10993 Richardson Road Suite 14 Ashland, VA 23005** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Master Managed Service Agreement** | |
| | State the term remaining | | **Corus Group, LLC d/b/a Corus360** |
| | List the contract number of any government contract | | **130 Technology Parkway Norcross, GA 30092** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Data Connections Between Offices and Data Center; 800 Number Hosting** | |
| | State the term remaining | | **Windstream Communications** |
| | List the contract number of any government contract | | **P.O. Box 9001013 Louisville, KY 40290-1013** |

**Fill in this information to identify the case:**

Debtor name      **Glenoit, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)   **21-11137**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 26, 2021**    X  */s/ Robert Howard*
Signature of individual signing on behalf of debtor

**Robert Howard**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

# SCHEDULE A/B

**Part 10, No. 60**

**Intangibles and intellectual property**

Jul 12, 2021

| STATUS | APPLICATION NUMBER | MATTER NUMBER | DATE FILED | TITLE | COUNTRY | APPLICATION TYPE | PATENT NUMBER | GRANT DATE | ASSIGNEE/OWNER NAME |
|---|---|---|---|---|---|---|---|---|---|
| Issued | 10928844 | 0079859-000057 | Aug 27, 2004 | HOOK FOR SUPPORTING SHOWER CURTAIN AND SHOWER CURTAIN LINER AND METHOD FOR FABRICATING SAME | United States of America | Utility | 7,748,673 | Jul 6, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 11485682 | 0079859-000054 | Jul 13, 2006 | CURVED SHOWER CURTAIN ROD ASSEMBLY | United States of America | Utility | 7,926,127 | Apr 19, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 13159960 | 0079859-8186509 | Jun 14, 2011 | DISPLAY HANGER FOR CURTAIN ROD | United States of America | Utility | 8,186,509 | May 29, 2012 | Ex-Cell Home Fashions, Inc. |
| Issued | 13799052 | 0079859-000135 | Mar 13, 2013 | TENSION ROD WITH THREADED END CAP | United States of America | Utility | 9,021,627 | May 5, 2015 | Ex-Cell Home Fashions, Inc. |
| Issued | 29212244 | 0079859-000087 | Aug 27, 2004 | HOOK FOR SUPPORTING SHOWER CURTAIN AND SHOWER CURTAIN LINER | United States of America | Design | D505,614 | May 31, 2005 | Ex-Cell Home Fashions, Inc. |
| Issued | 29233096 | 0079859-000077 | Jun 27, 2005 | DOORMAT | United States of America | Design | D539,065 | Mar 27, 2007 | Glenoit, LLC |
| Issued | 29261133 | 0079859-000078 | Jun 8, 2006 | SHOWER CURTAIN ROD ASSEMBLY | United States of America | Design | D544,786 | Jun 19, 2007 | Ex-Cell Home Fashions, Inc. |

| Issued | 29268575 | 0079859-000076 | Nov 9, 2006 | PACKAGE INSERT | United States of America | Design | D545,192 | Jun 26, 2007 | Ex-Cell Home Fashions, Inc. |
|--------|----------|----------------|-------------|----------------|--------------------------|--------|----------|--------------|------------------------------|
| Issued | 29268620 | 0079859-000065 | Nov 9, 2006 | PACKAGE INSERT | United States of America | Design | D548,597 | Aug 14, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29268696 | 0079859-000075 | Nov 9, 2006 | PACKAGE INSERT | United States of America | Design | D545,193 | Jun 26, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29269812 | 0079859-000067 | Dec 8, 2006 | FINIAL FOR CURTAIN ROD | United States of America | Design | D547,165 | Jul 24, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29269813 | 0079859-000074 | Dec 8, 2006 | FINIAL FOR CURTAIN ROD | United States of America | Design | D547,166 | Jul 24, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29269822 | 0079859-000068 | Dec 8, 2006 | FINIAL FOR CURTAIN ROD | United States of America | Design | D547,167 | Jul 24, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29273341 | 0079859-000060 | Mar 2, 2007 | DISPLAY HANGER FOR A SHOWER CURTAIN ROD (DESIGN) | United States of America | Design | D563,209 | Mar 4, 2008 | Ex-Cell Home Fashions, Inc. |
| Issued | 29284507 | 0079859-000089 | Sep 10, 2007 | SHOWER CURTAIN HOOK (VICTORIAN DESIGN) | United States of America | Design | D587,917 | Mar 10, 2009 | Ex-Cell Home Fashions, Inc. |
| Issued | 29284508 | 0079859-000090 | Sep 10, 2007 | SHOWER CURTAIN HOOK (GRILL DESIGN) | United States of America | Design | D577,281 | Sep 23, 2008 | Ex-Cell Home Fashions, Inc. |
| Issued | 29284509 | 0079859-000093 | Sep 10, 2007 | SHOWER CURTAIN HOOK | United States of America | Design | D582,760 | Dec 16, 2008 | Ex-Cell Home Fashions, Inc. |
| Issued | 29284510 | 0079859-000091 | Sep 10, 2007 | SHOWER CURTAIN HOOK (STEPPED SQUARES DESIGN) | United States of America | Design | D591,522 | May 5, 2009 | Ex-Cell Home Fashions, Inc. |
| Issued | 29285941 | 0079859-000062 | Apr 17, 2007 | PACKAGE INSERT | United States of America | Design | D553,984 | Oct 30, 2007 | Ex-Cell Home Fashions, Inc. |

| Issued | 29285954 | 0079859-000063 | Apr 17, 2007 | PACKAGE INSERT | United States of America | Design | D553,985 | Oct 30, 2007 | Ex-Cell Home Fashions, Inc. |
|--------|----------|----------------|--------------|----------------|--------------------------|--------|----------|--------------|------------------------------|
| Issued | 29285957 | 0079859-000064 | Apr 17, 2007 | PACKAGE INSERT | United States of America | Design | D553,986 | Oct 30, 2007 | Ex-Cell Home Fashions, Inc. |
| Issued | 29323399 | 0079859-000104 | Aug 25, 2008 | SHOWER CURTAIN HOOK | United States of America | Design | D607,309 | Jan 5, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29325782 | 0079859-000103 | Oct 6, 2008 | DISPLAY HANGER FOR A SHOWER CURTAIN ROD | United States of America | Design | D624,807 | Oct 5, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341917 | 0079859-000112 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D614,478 | Apr 27, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341918 | 0079859-000108 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D614,938 | May 4, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341920 | 0079859-000109 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D614,479 | Apr 27, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341921 | 0079859-000110 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D614,939 | May 4, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341924 | 0079859-000111 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D611,329 | Mar 9, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341925 | 0079859-000107 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D618,538 | Jun 29, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341926 | 0079859-000113 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D611,330 | Mar 9, 2010 | Ex-Cell Home Fashions, Inc. |
| Issued | 29341928 | 0079859-000106 | Aug 14, 2009 | SHOWER CURTAIN HOOK | United States of America | Design | D625,987 | Oct 26, 2010 | Ex-Cell Home Fashions, Inc. |

| Issued | 29357006 | 0079859-000114 | Mar 5, 2010 | SHOWER CURTAIN ROD ASSEMBLY | United States of America | Design | D633,780 | Mar 8, 2011 | Ex-Cell Home Fashions, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Issued | 29360212 | 0079859-000118 | Apr 22, 2010 | SHOWER CURTAIN HOOK | United States of America | Design | D637,892 | May 17, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29364089 | 0079859-000115 | Jun 18, 2010 | NAPKIN WITH RING | United States of America | Design | D636,623 | Apr 26, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29364093 | 0079859-000116 | Jun 18, 2010 | NAPKIN WITH RING | United States of America | Design | D639,595 | Jun 14, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29364096 | 0079859-000117 | Jun 18, 2010 | NAPKIN WITH RING | United States of America | Design | D639,596 | Jun 14, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29365036 | 0079859-000119 | Jul 1, 2010 | HOOK FOR A SHOWER CURTAIN, WINDOW TREATMENT, OR THE LIKE | United States of America | Design | D630,088 | Jan 4, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29365037 | 0079859-000120 | Jul 1, 2010 | HOOK FOR A SHOWER CURTAIN, WINDOW TREATMENT, OR THE LIKE | United States of America | Design | D630,089 | Jan 4, 2011 | Ex-Cell Home Fashions, Inc. |
| Issued | 29365039 | 0079859-000121 | Jul 1, 2010 | HOOK FOR A SHOWER CURTAIN, WINDOW TREATMENT, OR THE LIKE | United States of America | Design | D630,498 | Jan 11, 2011 | Ex-Cell Home Fashions, Inc. |

**SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**


**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMER REGARDING
DEBTORS' SCHEDULES AND STATEMENTS**


The Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**" and together with the Schedules, the "**Bankruptcy Schedules**") of Glenoit Universal, Ltd., Glenoit, LLC, and Ex-Cell Home Fashions, Inc. (collectively, the "**Debtors**"), have been prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Chief Restructuring Officer (the "**CRO**") of the Debtors and are unaudited. These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements (the "**Global Notes**") comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

The information provided herein, except as otherwise noted, is as of the close of business on August 10, 2021, the last date prior to the date of filing of the Debtors' bankruptcy cases (the "**Petition Date**") on which financial information was available. Although the Debtors have made reasonable efforts to ensure that the Bankruptcy Schedules are as complete and accurate as possible in light of the circumstances, there can be no assurance that these Bankruptcy Schedules are, in fact, complete or accurate.

Neither the CRO nor the attorneys for the Debtors guarantees or warrants the accuracy, completeness, or currency of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule E/F Part 2**. The Debtors have used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule E/F Part 2 based upon the Debtors' existing books and records as of the Petition Date.

The Claims listed on Schedule E/F Part 2 arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each Claim listed on Schedule E/F Part 2. As a general matter, the date of incurrence of each Claim was listed as the most recent invoice date, if available.

Schedule E/F Part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed

as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and Statement.

The Debtors expressly incorporate by reference into Schedule E/F Part 2 all parties to pending litigation listed in Statement 7 as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule E/F Part 2.

SCHEDULE G.  The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.

The Debtors reserve all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."

### Specific Disclosures with Respect to the Debtor's Statements

**Statement 7**. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum.  Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 26d.**  From time to time, the Debtors may have provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Although reasonable efforts have been made to identify the recipient of such financial statements, determining the recipient of each financial statement would be unduly burdensome and cost prohibitive.